Same case below, 351 Fed. Appx. 649.

**No. 09-9617. Adelson Napoleon Avendano, Petitioner v. United States.**

562 U.S. 842, 131 S. Ct. 69, 178 L. Ed. 2d 49, 2010 U.S. LEXIS 5902.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9654. Richard Tabler, Petitioner v. Texas.**

562 U.S. 842, 131 S. Ct. 70, 178 L. Ed. 2d 49, 2010 U.S. LEXIS 5861.

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-9685. N. R., Petitioner v. New Jersey Division of Youth and Family Services.**

562 U.S. 842, 131 S. Ct. 70, 178 L. Ed. 2d 49, 2010 U.S. LEXIS 5786.

October 4, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 09-9705. Lorenzo Stevens, Petitioner v. California.**

562 U.S. 842, 131 S. Ct. 70, 178 L. Ed. 2d 49, 2010 U.S. LEXIS 5850.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 47 Cal. 4th 625, 101 Cal. Rptr. 3d 14, 218 P.3d 272.

**No. 09-9729. Joshua Charles, Petitioner v. Florida.**

562 U.S. 842, 131 S. Ct. 71, 178 L. Ed. 2d 49, 2010 U.S. LEXIS 5970.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 23 So. 3d 713.

**No. 09-9749. Deborah Rae Handley, Petitioner v. W. Elaine Chapman, Warden, et al.**

562 U.S. 842, 131 S. Ct. 71, 178 L. Ed. 2d 49, 2010 U.S. LEXIS 5922.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 587 F.3d 273.

**No. 09-9786. Mark Gesse, Petitioner v. George Neotti, Warden.**

562 U.S. 842, 131 S. Ct. 71, 178 L. Ed. 2d 49, 2010 U.S. LEXIS 5968.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 343 Fed. Appx. 283.